# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

HYDRO-BLOK USA LLC, et al.,

    Plaintiffs,

v.

WEDI CORP.,

    Defendant.

WEDI CORP.,

    Plaintiff,

v.

BRIAN WRIGHT, et al.,

    Defendants.

C15-671 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' third joint motion to continue the trial date and certain related deadlines, docket no. 94, is GRANTED as set forth herein.

| **JURY TRIAL DATE** | **February 5, 2018** |
|---|---|
| Disclosure of expert testimony | August 1, 2017 |
| Discovery motions filing deadline | September 7, 2017 |
| Discovery completion deadline | October 16, 2017 |
| Dispositive motions filing deadline | October 26, 2017 |

MINUTE ORDER - 1

| Motions in limine filing deadline | January 4, 2018 |
|---|---|
| Agreed pretrial order due | January 19, 2018 |
| Trial briefs, proposed voir dire questions, and jury instructions due | January 19, 2018 |
| Pretrial conference | January 26, 2018 at 1:30 p.m. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 35, shall remain in full force and effect.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of April, 2017.

                                                    William M. McCool
                                                  Clerk

                                                  s/Karen Dews
                                                  Deputy Clerk

MINUTE ORDER - 2