# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

HYDRO-BLOK USA LLC, et al.,

    Plaintiffs,

v.

WEDI CORP.,

    Defendant.

WEDI CORP.,

    Plaintiff,

v.

BRIAN WRIGHT, et al.,

    Defendants.

C15-671 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 96, indicating that certain claims in this matter are still pending before an arbitrator, the Court hereby DIRECTS the parties to file another Joint Status Report within fourteen (14) days after completion of arbitration proceedings or by July 7, 2017, whichever occurs earlier.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of April, 2017.

          William M. McCool
          Clerk

          s/Karen Dews
          Deputy Clerk

MINUTE ORDER - 1