UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HYDRO-BLOK USA LLC, et al.,

    Plaintiffs,

v.

WEDI CORP.,

    Defendant.

WEDI CORP.,

    Plaintiff,

v.

BRIAN WRIGHT, et al.,

    Defendants.

C15-671 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' fourth joint motion to continue the trial date and certain related deadlines, docket no. 99, is GRANTED as set forth herein.

| **JURY TRIAL DATE** | **September 10, 2018** |
|---|---|
| Disclosure of expert testimony | January 29, 2018 |
| Discovery motions filing deadline | March 8, 2018 |
| Discovery completion deadline | April 16, 2018 |
| Dispositive motions filing deadline | April 26, 2018 |

MINUTE ORDER - 1

| Motions in limine filing deadline | August 2, 2018 |
|---|---|
| Agreed pretrial order due | August 17, 2018 |
| Trial briefs, proposed voir dire questions, and jury instructions due | August 17, 2018 |
| Pretrial conference | August 24, 2018 at 1:30 p.m. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 35, shall remain in full force and effect.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of July, 2017.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk