UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HYDRO-BLOK USA LLC, et al., <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>WEDI CORP., <br><br>　　　　Defendant. <br><br>WEDI CORP., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>BRIAN WRIGHT, et al., <br><br>　　　　Defendants. | C15-671 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)　The unopposed motion to seal, docket no. 106, filed by Brian Wright, Sound Product Sales L.L.C., Hydro-Blok USA LLC, and Hydroblok International Ltd. (collectively, "Wright"), is GRANTED. Wright's unredacted motion for an order to show cause, docket no. 107, and the unredacted Declaration of James W. Anable and exhibits thereto, docket no. 108, shall remain under seal.

(2)　Wright has noted both the unredacted and redacted versions of the motion for an order to show cause. The Clerk is DIRECTED to terminate the redacted version of the motion, docket no. 109, as duplicative. The unredacted version, docket no. 107, shall remain noted for October 27, 2017.

(3)　The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of October, 2017.

　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1