UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HYDRO-BLOK USA LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WEDI CORP., <br><br> Defendant. | C15-671 TSZ <br><br> MINUTE ORDER |
| WEDI CORP., <br><br> Plaintiff, <br><br> v. <br><br> BRIAN WRIGHT, et al., <br><br> Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) wedi Corp.'s motion for leave to file over-length brief, docket no. 116, is GRANTED as follows. Any response to the pending motion for order to show cause, docket no. 107, shall not exceed eighteen (18) pages in length, and any reply in support of said motion shall not exceed nine (9) pages in length.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of October, 2017.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1