UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HYDRO-BLOK USA LLC, et al.,<br><br>                Plaintiffs,<br><br>     v.<br><br>WEDI CORP.,<br><br>                Defendant. | C15-671 TSZ<br><br>MINUTE ORDER |
| WEDI CORP.,<br><br>                Plaintiff,<br><br>     v.<br><br>BRIAN WRIGHT, et al.,<br><br>                Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     wedi Corp.'s motion for reconsideration, docket no. 130, is DENIED.  In its motion, wedi Corp. concedes that it was not precluded by the Stipulated Protective Order, docket no. 41, from using confidential material disclosed in this matter to join Seattle Glass Block Window, Inc. as a party, but states that it did not do so (and instead initiated litigation in the Northern District of Illinois) because the deadline for joining additional parties had expired.  Such explanation is unpersuasive.  wedi Corp. could have asked the Court to reopen the time for joining parties, and it offers no reason for believing that such request would not have been granted.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of January, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1