UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HYDRO-BLOK USA LLC, et al.,

        Plaintiffs,

   v.

WEDI CORP.,

        Defendant.

WEDI CORP.,

        Plaintiff,

   v.

BRIAN WRIGHT, et al.,

        Defendants.

C15-671 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The motion to seal, docket no. 132, brought by Brian Wright, Sound Product Sales L.L.C., Hydro-Blok USA LLC, and Hydroblok International Ltd. ("Wright") is GRANTED. The unredacted versions of the declaration, docket no. 134, and exhibits, docket nos. 134-1 through 134-5, filed in support of Wright's motion for partial summary judgment, shall remain under seal. In the future, if the parties are in agreement that materials may be filed under seal, as was the situation here, they should submit a stipulation and proposed order or stipulated motion to seal.

(2) The parties' stipulated motion to strike the trial date and related deadlines, docket no. 139, is DENIED in part and GRANTED in part. The trial date will not be stricken, but will instead be CONTINUED, and the remaining related deadlines will be EXTENDED as follows.

MINUTE ORDER - 1

| **JURY TRIAL DATE (4 days)** | **October 22, 2018** |
|---|---|
| Disclosure of expert testimony | March 30, 2018 |
| Discovery motions filing deadline | May 3, 2018 |
| Discovery completion deadline | May 31, 2018 |
| Dispositive motions filing deadline | June 28, 2018 |
| Motions in limine filing deadline | September 20, 2018 |
| Agreed pretrial order due | October 5, 2018 |
| Trial briefs, proposed voir dire questions, and jury instructions due | October 5, 2018 |
| Pretrial conference | October 12, 2018 at 1:30 p.m. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 35, shall remain in full force and effect, except that trial exhibits shall be numbered in the following manner: wedi Corp.'s exhibits shall be numbered consecutively beginning with 1; Wright's exhibits shall be numbered consecutively beginning with the next multiple of 100 after wedi Corp.'s last exhibit. For example, if wedi Corp.'s last exhibit is numbered 159, then Wright's exhibits shall begin with the number 200.

    (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of January, 2018.

                            William M. McCool
                            Clerk

                            s/Karen Dews
                            Deputy Clerk