UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HYDRO-BLOK USA LLC, et al.,

    Plaintiffs,

v.

WEDI CORP.,

    Defendant.

WEDI CORP.,

    Plaintiff,

v.

BRIAN WRIGHT, et al.,

    Defendants.

C15-671 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to seal, docket no. 142, is GRANTED. The unredacted version of wedi Corp.'s response, docket no. 144, and the supporting declaration and exhibits thereto, docket no. 143, shall remain under seal.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of February, 2018.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1