UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HYDRO-BLOK USA LLC, et al., <br>         Plaintiffs, <br>   v. <br> WEDI CORP., <br>         Defendant. <br><br> WEDI CORP., <br>         Plaintiff, <br>   v. <br> BRIAN WRIGHT, et al., <br>         Defendants. | C15-671 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to continue the trial date and certain related deadlines, docket no. 149, is GRANTED as follows:

| **JURY TRIAL DATE (4 days)** | **February 11, 2019** |
|---|---|
| Discovery motions filing deadline | September 6, 2018 |
| Discovery completion deadline | October 1, 2018 |
| Dispositive motions filing deadline | October 11, 2018 |

MINUTE ORDER - 1

| Motions in limine filing deadline | January 10, 2019 |
|---|---|
| Agreed pretrial order due | January 25, 2019 |
| Trial briefs, proposed voir dire questions, and jury instructions due | January 25, 2019 |
| Pretrial conference | February 1, 2019 at 1:30 p.m. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 35, as amended by the Minute Order entered January 26, 2018, docket no. 141, shall remain in full force and effect.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of March, 2018.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk