UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HYDRO-BLOK USA LLC, et al., <br>　　　　Plaintiffs, <br>　v. <br>WEDI CORP., <br>　　　　Defendant, <br>　v. <br>HYDROBLOK INTERNATIONAL LTD., <br>　　　　Counter-defendant. | C15-671 TSZ <br><br>MINUTE ORDER |
| WEDI CORP., <br>　　　　Plaintiff, <br>　v. <br>BRIAN WRIGHT, et al., <br>　　　　Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) wedi Corp.'s motion for reconsideration, docket no. 153, is RENOTED to July 20, 2018. Any response shall not exceed ten (10) pages in length and shall be filed on or before July 16, 2018. Any reply shall not exceed five (5) pages in length and shall be filed by the new noting date.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of June, 2018.

　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1