# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

HYDRO-BLOK USA LLC, et al.,

    Plaintiffs,

v.

WEDI CORP.,

    Defendant,

v.

HYDROBLOK INTERNATIONAL LTD.,

    Counter-defendant.

WEDI CORP.,

    Plaintiff,

v.

BRIAN WRIGHT, et al.,

    Defendants.

C15-671 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1) The parties' stipulated motion to seal, docket no. 155, is GRANTED, and Exhibit 1 to the Declaration of Brian F. McMahon, docket no. 157, shall remain under seal.

    (2) The motion for reconsideration brought by wedi Corp. ("wedi"), docket no. 153, is DENIED. As explained in the Order entered May 30, 2018, docket no. 152, because wedi dismissed its civil conspiracy claim against Brian Wright, which wedi was required to arbitrate, and because a civil conspiracy requires that at least two people agree to engage in activity to accomplish an unlawful purpose or to accomplish a lawful

MINUTE ORDER - 1

purpose by unlawful means, wedi cannot now proceed on its conspiracy claim against the only other alleged conspirator, Hydroblok International, Ltd. ("H-International"). wedi failed to prove in arbitration proceedings that Wright was a co-conspirator, and it will not be permitted to circumvent the Court's ruling requiring arbitration of its conspiracy claim against Wright by attempting to show at trial that Wright was indeed H-International's co-conspirator.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of August, 2018.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2