UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HYDRO-BLOK USA LLC, et al.,

    Plaintiffs,

v.

WEDI CORP.,

    Defendant,

v.

HYDROBLOK INTERNATIONAL LTD.,

    Counter-defendant.

WEDI CORP.,

    Plaintiff,

v.

BRIAN WRIGHT, et al.,

    Defendants.

C15-671 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The motion to seal filed by Brian Wright, Sound Product Sales L.L.C., Hydro-Blok USA LLC, and Hydroblok International, Ltd. (collectively, "Wright"), docket no. 162, is DENIED. Wright filed the motion as a placeholder so that wedi Corp. could articulate a basis for keeping the material at issue, namely one or more pages of the transcript of the deposition of Bastian Lohmann, docket no. 165, under seal. wedi Corp. has filed nothing in support of the motion to seal, and having reviewed the filed pages of deposition transcript, the Court concludes that no good cause or compelling reason exists for sealing them. The Clerk is DIRECTED to unseal the filed pages of the deposition transcript, docket no. 165.

MINUTE ORDER - 1

(2) The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of October, 2018.

                                          William M. McCool
                                          Clerk

                                          s/Karen Dews
                                          Deputy Clerk

MINUTE ORDER - 2