UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HYDRO-BLOK USA LLC, et al.,

        Plaintiffs,

  v.

WEDI CORP.,

        Defendant,

  v.

HYDROBLOK INTERNATIONAL LTD.,

        Counter-defendant.

WEDI CORP.,

        Plaintiff,

  v.

BRIAN WRIGHT, et al.,

        Defendants.

C15-671 TSZ

MINUTE ORDER

     The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

     (1)    wedi Corp.'s motion, docket no. 182, for leave to file an over-length response to a pending motion for summary judgment is DENIED.

     (2)    The parties are DIRECTED to (i) use, in all future filings, the official caption for the case, as set forth in this Minute Order, (ii) reference the parties, in the text of their briefs, by their names, rather than as simply plaintiff(s) or defendant(s), which is confusing given the procedural posture of this case, and (iii) avoid to the extent possible uncommon, and confusingly similar, acronyms like "SPS," "SGB," "HB," "HBI," etc.

MINUTE ORDER - 1

(3) The Clerk is DIRECTED to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of November, 2018.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk