UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HYDRO-BLOK USA LLC, et al.,

    Plaintiffs,

v.

WEDI CORP.,

    Defendant,

v.

HYDROBLOK INTERNATIONAL LTD.,

    Counter-defendant.

WEDI CORP.,

    Plaintiff,

v.

BRIAN WRIGHT, et al.,

    Defendants.

C15-671 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) wedi Corp.'s motion to extend the expert disclosure deadline, docket no. 202, is GRANTED in part and DENIED in part as follows. Although the expert disclosure deadline of March 30, 2018, remained in full force and effect after the Court granted the parties' stipulated motion to continue the trial date and certain other deadlines, *see* Minute Orders (docket nos. 141, 150, & 181), wedi Corp. contends that, pursuant to Federal Rule of Civil Procedure 26(a)(2)(D)(i), the expert disclosure deadline was 90 days before the trial date of February 11, 2019. The Court GRANTS an extension and ADOPTS the expert disclosure deadline calculated under Rule 26(a)(2)(D)(i). Any

MINUTE ORDER - 1

expert disclosed on or before November 13, 2018, will be considered timely disclosed and will be permitted to testify at trial. wedi Corp.'s motion for extension is otherwise DENIED.

(2)  wedi Corp.'s motion, docket no. 187, pursuant to Federal Rule of Civil Procedure 56(d), to continue the motion for summary judgment, docket no. 176, brought by Brian Wright, Sound Product Sales L.L.C., Hydro-Blok USA LLC, and Hydroblok International, Ltd. (collectively, "Wright"), is DENIED.

(3)  Wright's motion, docket no. 204, to strike wedi Corp.'s Rule 56(d) motion, docket no. 187, and the supporting declaration of Justin C. Kanter, docket no. 193, as an improperly presented motion for reconsideration, is STRICKEN as moot.

(4)  wedi Corp.'s motion to seal, docket no. 186, is GRANTED in part and DENIED in part as follows. wedi Corp.'s response, docket no. 187, to Wright's motion for summary judgment, and the supporting declaration of Justin C. Kanter and the exhibits thereto, docket nos. 194-201, shall remain under seal. The Court's electronic filing system is not designed to accommodate Wright's request that the confidential materials filed under seal be withdrawn from the record. Counsel shall meet and confer telephonically or in person (not via e-mail) concerning appropriate redactions, and wedi Corp. shall file, within fourteen (14) days of the date of this Minute Order, a redacted version of its response, docket no. 187, and of Mr. Kanter's declaration, without exhibits, docket no. 194.

(5)  The Clerk is DIRECTED to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of December, 2018.

                                      William M. McCool
                                      Clerk

                                      s/Karen Dews
                                      Deputy Clerk