UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HYDRO-BLOK USA LLC, et al.,

    Plaintiffs,

v.

WEDI CORP.,

    Defendant,

v.

HYDROBLOK INTERNATIONAL LTD.,

    Counter-defendant.

WEDI CORP.,

    Plaintiff,

v.

BRIAN WRIGHT, et al.,

    Defendants.

C15-671 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The trial date and all remaining pre-trial deadlines are STRICKEN. The Court will reset the trial date and other necessary pre-trial deadlines, if appropriate, after deciding the parties' cross-motions for summary judgment, docket nos. 175 and 176.

(2) The motion for protective order, docket no. 217, filed by Brian Wright, Sound Product Sales, L.L.C. ("Sound Product"), Hydro-Blok USA LLC ("Hydro-Blok"), and Hydroblok International, Ltd. ("H-International") is DENIED in part and GRANTED in part as follows:

MINUTE ORDER - 1

(a) The motion is DENIED in part, and wedi Corp. shall have the right to take the depositions of Brian Wright for up to four (4) hours, as well as of Ken Koch and the Rule 30(b)(6) designees for Hydro-Blok and H-International, each for up to seven (7) hours. These depositions shall be scheduled by mutual agreement, and must occur within thirty (30) days of the date of this Minute Order. In these depositions, wedi Corp. shall not be permitted to ask any questions regarding "the manufacture of the Hydroblok Products, including any changes or modifications to design, manufacturers, facilities, equipment, processes, and/or the materials used in manufacturing the Hydroblok Products." These issues are not relevant to any of wedi Corp.'s remaining claims.

(b) The motion for protective order is otherwise GRANTED.

(3) The motion, docket no. 214, brought by Wright, Sound Product, Hydro-Blok, and H-International for an order to show cause why wedi Corp. and its counsel should not be sanctioned is DENIED. wedi Corp.'s request for sanctions, made in its response, docket no. 221, is also DENIED.

(4) The cross-motions for summary judgment, docket nos. 175 and 176, remain fully briefed and pending, and the parties shall file nothing further in connection with these motions unless otherwise directed by the Court.

(5) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of January, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk
