# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HYDRO-BLOK USA LLC, et al., <br>     Plaintiffs, <br> v. <br> WEDI CORP., <br>     Defendant, <br> v. <br> HYDROBLOK INTERNATIONAL LTD., <br>     Counter-defendant. | C15-671 TSZ <br><br> MINUTE ORDER |
| WEDI CORP., <br>     Plaintiff, <br> v. <br> BRIAN WRIGHT, et al., <br>     Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) wedi Corp.'s motion for reconsideration, docket no. 234, is RENOTED to January 18, 2019. Any response shall be filed by January 16, 2019. Any reply shall be filed by the new noting date.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of January, 2019.

                                                         William M. McCool <br>
                                                       Clerk

                                                       s/Karen Dews <br>
                                                       Deputy Clerk

MINUTE ORDER - 1