UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HYDRO-BLOK USA LLC, et al.,

    Plaintiffs,

v.

WEDI CORP.,

    Defendant,

v.

HYDROBLOK INTERNATIONAL LTD.,

    Counter-defendant.

WEDI CORP.,

    Plaintiff,

v.

BRIAN WRIGHT, et al.,

    Defendants.

C15-671 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) wedi Corp.'s motion for summary judgment, docket no. 175, is DENIED. Genuine disputes of material fact preclude summary judgment concerning the claims of tortious interference with prospective advantage and abuse of process asserted by Brian Wright, Sound Product Sales L.L.C. ("Sound Product"), and Hydro-Blok USA LLC ("Hydro-Blok").

(2) wedi Corp.'s motion for reconsideration, docket no. 234, is GRANTED in part and DENIED in part as follows. In the depositions allowed by the Minute Order entered January 7, 2019, docket no. 233, wedi Corp. may inquire about (i) whether the design, manufacturing process, and/or materials for the Hydroblok Products changed after samples were sent to the International Association of Plumbing and Mechanical Officials ("IAPMO") to obtain certification, (ii) if so, what changes were implemented,

MINUTE ORDER - 1

and (iii) whether such changes were of a quantum and/or nature that re-certification by the IAPMO was required. If the depositions permitted by the prior Minute Order have already occurred, wedi Corp. may reopen such depositions for thirty (30) minutes, to be conducted telephonically, at a mutually convenient time within fourteen (14) days of the date of this Minute Order. The motion for reconsideration is otherwise DENIED.

(3) The motion to strike, docket no. 204, brought by Brian Wright, Sound Product, Hydro-Blok, and Hydroblok International, Ltd. ("H-International"), which has already been stricken in part as moot, *see* Minute Order at ¶ 3 (docket no. 219), is further GRANTED in part and DENIED in part as follows. The motion to strike the declarations of Herbert Oxenrider, docket no. 188, Zachary Sampson, docket no. 189, Ian Guiberson, docket no. 190, Kevin Cease, docket no. 191, and Blake Adsero, docket no. 192, is GRANTED, and such declarations will not be considered by the Court. The motion to strike is otherwise DENIED.

(4) The motion for summary judgment, docket no. 176, brought by Wright, Sound Product, Hydro-Blok, and H-International is RENOTED to March 22, 2019.

(a) wedi Corp. may file a supplemental response, not to exceed ten (10) pages in length, on or before March 18, 2019. Such supplemental response shall address the following issues: (i) what damages, if any, does wedi Corp. allege were proximately caused by any tortious interference with contract and/or prospective advantage; (ii) what evidence, if any, does wedi Corp. have that the Hydroblok Products were changed in a manner that required re-certification by the IAPMO; (iii) what is the timeframe during which Wright, Hydro-Blok, and/or H-International are alleged to have engaged in false advertising concerning IAPMO certification; (iv) whether Wright, Hydro-Blok, and/or H-International currently make any representations to the public about IAPMO certification; and (v) whether wedi Corp. can prove IAPMO re-certification for the Hydroblok Products was needed in the absence of testimony by an expert in the field or an individual employed by or otherwise affiliated with the IAPMO.

(b) Any supplemental reply, not to exceed eight (8) pages in length, may be filed by March 22, 2019.

(5) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of February, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2