UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HYDRO-BLOK USA LLC, et al.,

    Plaintiffs,

v.

WEDI CORP.,

    Defendant,

v.

HYDROBLOK INTERNATIONAL LTD.,

    Counter-defendant.

WEDI CORP.,

    Plaintiff,

v.

BRIAN WRIGHT, et al.,

    Defendants.

C15-671 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulation, docket no. 254, the following materials shall remain under seal: (i) wedi Corp.'s unredacted supplemental response, docket no. 242, to motion for summary judgment; and (ii) Exhibits 1, 3, 4, 6, 9, 10, and 11 to the Declaration of Justin C. Kanter, docket nos. 243-1, 243-3, 243-4, 243-6, 243-9, 243-10, and 243-11. The Declaration of Justin C. Kanter and Exhibits 2, 5, 7, and 8 thereto, docket nos. 243, 243-2, 243-5, 243-7, and 243-8, shall be unsealed. wedi Corp.'s related motion to seal, docket no. 241, is STRICKEN as moot.

MINUTE ORDER - 1

(2) The unopposed motion to seal, docket no. 246, filed by Brian Wright, Sound Product Sales L.L.C., Hydro-Blok USA LLC, and Hydroblok International, Ltd. (collectively, "Wright"), and expanded by wedi Corp., docket no. 257, is GRANTED. Wright's supplemental reply, docket no. 248, shall remain under seal. In addition, Exhibit A to the Declaration of John D. Denkenberger, docket no. 250-1, and Exhibits A-D to the Declaration of Ken Koch, docket nos. 252-1, 252-2, 252-3, and 252-4, shall remain under seal. Exhibits B and D to the Declaration of John D. Denkenberger, docket nos. 250-2 and 250-3, shall be unsealed.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of April, 2019.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk