UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HYDRO-BLOK USA LLC, et al.,<br><br>             Plaintiffs,<br><br>    v.<br><br>WEDI CORP.,<br><br>             Defendant,<br><br>    v.<br><br>HYDROBLOK INTERNATIONAL LTD.,<br><br>             Counter-defendant. | C15-671 TSZ<br><br>MINUTE ORDER |
| WEDI CORP.,<br><br>             Plaintiff,<br><br>    v.<br><br>BRIAN WRIGHT, et al.,<br><br>             Defendants. | |

        The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

        (1)     wedi Corp.'s motion for reconsideration, docket no. 262, is DENIED in part and DEFERRED in part.  With regard to the advertising claim that HYDRO-BLOK is "the easiest, quickest and most user-friendly way to build a water-proof shower or tub surround at a price you can afford," which constitutes mere puffery, wedi Corp.'s motion for reconsideration is DENIED.  wedi Corp.'s motion for reconsideration is otherwise DEFERRED and RENOTED to August 2, 2019.  Any response, which shall not exceed twelve (12) pages in length, shall be filed by July 29, 2019.  Any reply, which shall not exceed six (6) pages in length, shall be filed by the new noting date.

(2)     Pursuant to the parties' Joint Status Report, docket no. 261, the following dates and deadlines are hereby SET:

| **JURY TRIAL DATE (4 days)** | **November 12, 2019** |
|---|---|
| Motions in limine filing deadline | October 10, 2019 |
| Agreed pretrial order due | October 25, 2019 |
| Trial briefs, proposed voir dire questions, and jury instructions due | October 25, 2019 |
| Pretrial conference | November 1, 2019 at 1:30 p.m. |

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of July, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk