UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEDI CORP., <br><br> Plaintiff, <br><br> v. <br><br> BRIAN WRIGHT; HYDRO-BLOK USA LLC; and HYDROBLOK INTERNATIONAL LTD., <br><br> Defendants. | C15-671 TSZ <br><br> MINUTE ORDER |
| SOUND PRODUCT SALES L.L.C., <br><br> Counterclaimant, <br><br> v. <br><br> WEDI CORP., <br><br> Counter-Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) During a telephonic conference held on October 25, 2019, the Court directed Brian Wright, Sound Product Sales L.L.C., Hydro-Blok USA LLC, and Hydroblok International Ltd. (collectively, "Wright") to file an offer of proof regarding Wright's abuse of process claim against wedi Corp.[1] <u>See</u> Minutes (docket no. 287). On November 1, 2019, Wright indicated in writing, docket no. 289, that proving the abuse of

---

[1] For the sake of clarity, the Court notes that the abuse of process claim is brought by Brian Wright, Sound Product Sales L.L.C., and Hydro-Blok USA LLC. <u>See</u> Am. Answer and Counterclaims (docket no. 66). Hydroblok International Ltd. has not joined in the abuse of process claim. <u>See</u> Answer (docket no. 80).

MINUTE ORDER - 1

process claim has "become cost prohibitive" and that the claim will not be pursued at trial.  In light of Wright's submission, Wright's abuse of process claim, set forth as the second counterclaim in the pleading filed on August 3, 2016, docket no. 66, is hereby DISMISSED with prejudice.

    (2)    wedi Corp.'s related Motion in Limine No. 2, docket no. 269, which was previously deferred, is STRICKEN as moot.

    (3)    In light of the procedural posture of this case, the caption is REVISED as set forth in this Minute Order.  All future filings shall use the new caption.

    (4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of November, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2