UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEDI CORP., <br><br>   Plaintiff, <br><br>v. <br><br>BRIAN WRIGHT; HYDRO-BLOK USA LLC; and HYDROBLOK INTERNATIONAL LTD., <br><br>   Defendants. | C15-671 TSZ <br><br> MINUTE ORDER |
| SOUND PRODUCT SALES L.L.C., <br><br>   Counterclaimant, <br><br>v. <br><br>WEDI CORP., <br><br>   Counter-Defendant. | |

  The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

  (1) The motion for attorney's fees brought by Brian Wright, Hydro-Blok USA, LLC, Hydroblok International Ltd., and Sound Product Sales L.L.C. (collectively, "Wright"), docket no. 298, is DENIED in part, DEFERRED in part, and RENOTED as follows:

    (a) With regard to attorney's fees sought under Washington's Consumer Protection Act as prevailing defendants, Wright's motion is DENIED. *See Sato v. Century 21 Ocean Shores Real Estate*, 101 Wn.2d 599, 603, 681 P.2d 242 (1984).

MINUTE ORDER - 1

(b) With regard to attorney's fees sought under the Lanham Act, the motion is DEFERRED and RENOTED, in light of the intervening holidays, to January 17, 2020. Any response and any reply shall be due in accordance with Local Civil Rule 7(d)(3).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of December, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2