UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| wedi CORP.,<br><br>              Plaintiff,<br><br>   v.<br><br>BRIAN WRIGHT; HYDRO-BLOK USA LLC; and HYDROBLOK INTERNATIONAL LTD.,<br><br>              Defendants. | C15-671 TSZ<br><br>MINUTE ORDER |
| SOUND PRODUCT SALES L.L.C.,<br><br>              Counterclaimant,<br><br>   v.<br><br>wedi CORP.,<br><br>              Counter-Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) wedi Corp.'s unopposed motion to seal, docket no. 303, is GRANTED, and wedi Corp.'s unredacted motion to amend judgment, docket no. 304, and Exhibit A to the Declaration of Daniel J. Becka, docket no. 306, shall remain under seal.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of January, 2020.

                  William M. McCool
                  Clerk

                  s/Karen Dews
                  Deputy Clerk

MINUTE ORDER - 1