UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEDI CORP.,<br><br>                Plaintiff,<br><br>  v.<br><br>BRIAN WRIGHT; HYDRO-BLOK USA LLC; and HYDROBLOK INTERNATIONAL LTD.,<br><br>                Defendants. | C15-671 TSZ<br><br>MINUTE ORDER |
| SOUND PRODUCT SALES L.L.C.,<br><br>                Counterclaimant,<br><br>  v.<br><br>WEDI CORP.,<br><br>                Counter-Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The unopposed motion to seal, docket no. 313, brought by Brian Wright, Hydro-Blok USA LLC, Hydroblok International Ltd., and Sound Product Sales L.L.C. (collectively "Wright"), is GRANTED, and Wright's response, docket no. 314, to wedi Corp.'s motion to amend judgment, as well as Exhibit A to the Declaration of Brian F. McMahon, docket no. 316, shall remain under seal.

(2) The unopposed motion to seal, docket no. 317, brought by wedi Corp. ("wedi") is GRANTED, and wedi's reply, docket no. 318, in support of its motion to amend judgment, shall remain under seal.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of January, 2020.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk

MINUTE ORDER - 2