UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WEDI CORP.,

        Plaintiff,

  v.

BRIAN WRIGHT, et al.,

        Defendants.

C15-671 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The United States Court of Appeals for the Ninth Circuit having issued its mandate, *see* docket no. 337, the parties are DIRECTED to file a Joint Status Report within fourteen (14) days of the date of this Minute Order indicating what issues remain, how the parties propose to resolve those issues, and what dates and deadlines the Court should set.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of April, 2021.

                      William M. McCool
                      Clerk

                      s/Gail Glass
                      Deputy Clerk

MINUTE ORDER - 1