UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WEDI CORP.,

             Plaintiff,

v.

BRIAN WRIGHT, et al.,

             Defendants.

C15-671 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 339,[1] the Court SETS the following dates and deadlines:

    (a) A jury trial of two-to-three days in duration on the Lanham Act and Washington Consumer Protection Act claims that are premised solely on the allegedly false advertisement that "Hydro-Blok Products are ICC-ES Tested and Certified" is SCHEDULED for September 27, 2021.

    (b) A Pretrial Conference is SET for September 17, 2021, at 10:00 a.m.

    (c) Any additional motions in limine shall be filed by August 26, 2021. Trial briefs, proposed jury instructions, proposed voir dire questions, and an agreed pretrial order[2] shall be filed by September 10, 2021.

---

[1] Contrary to wedi Corp.'s belief, nothing in the memorandum disposition of the United States Court of Appeals for the Ninth Circuit, docket no. 335, suggests that wedi Corp. should be permitted to amend its operative pleading or engage in further discovery.

[2] The agreed pretrial order shall be filed in CM/ECF and shall also be attached (as a Word compatible file) to an e-mail sent to ZillyOrders@wawd.uscourts.gov. Notwithstanding Local

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of May, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

---

Civil Rule 16.1, the exhibit list to be included in the agreed pretrial order shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.