UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEDI CORP., <br><br> Plaintiff, <br><br> v. <br><br> BRIAN WRIGHT, et al., <br><br> Defendants. | C15-671 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   Defendants' unopposed motion to strike jury demand, docket no. 349; *see* Pla.'s Resp. (docket no. 356), is GRANTED.  This matter is now set for a bench trial to commence on September 27, 2021.  The parties shall not file any separate motions in limine, but rather shall address any evidentiary issues in their trial briefs.  The deadlines for proposed voir dire questions and jury instructions are STRICKEN.  An agreed pretrial order and trial briefs remain due on September 10, 2021, and the Pretrial Conference remains set for September 17, 2021, but the time is changed to 1:30 p.m.  Proposed findings of fact and conclusions of law are DUE on September 14, 2021.

(2)   wedi Corp.'s motion to reopen dispositive motion practice, docket no. 346, is DENIED.  The parties shall address in their trial briefs any specific issues relating to liability and/or damages.  The parties shall also address in their trial briefs the anticipated length of trial and whether the trial should be conducted virtually via ZoomGov.com.  Information about virtual trials and training materials can be found on the district's website at https://www.wawd.uscourts.gov/attorneys/remotehearings.

(3)   Defendants' motion to strike, docket no. 354, Exhibit A to the Declaration of Daniel J. Becka, docket no. 352-1, which is a string of emails as to which Mr. Becka is not an appropriate authenticating witness, is GRANTED.  The Clerk is DIRECTED to notate the docket accordingly.

MINUTE ORDER - 1

(4) wedi Corp.'s motion to seal, docket no. 347, is GRANTED, and the unredacted version of Exhibit C to the Declaration of Daniel J. Becka, docket no. 347-1, shall remain under seal.  Defendants have filed a redacted version, which is available for public view.  *See* "Substitute" Ex. C (docket no. 355-1).  The Court, however, cannot replace the unredacted version with the redacted one supplied by defendants, and thus, the unredacted one must remain under seal.  Counsel are DIRECTED to meet and confer before filing documents under seal in the future.  To the extent possible, the parties shall (i) redact materials to avoid filing them under seal, or (ii) if a submission must be sealed, present contemporaneously therewith a stipulation and proposed order to seal.

(5) The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of August, 2021.

Ravi Subramanian  
Clerk

s/Gail Glass  
Deputy Clerk